# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18CR026 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| DALE PATRICK, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE OF PROPERTY

WHEREAS, on August 1, 2018, this Court entered a Preliminary Order of Forfeiture (Doc. 14) ordering the forfeiture, pursuant to 18 U.S.C. §§ 2253(a)(1) and (3), of the following property (hereinafter "Subject Property"):

a. Apple Laptop, Model A1286, SN: C026D4RP0RJC and power cord;
b. Cruzer Glide thumb drive, 128 GB;
c. Three (3) Memory Cards: PNY 2GB, SanDisk 4GB, and Lexar 256 MB;
d. Sony Handycam Camcorder, SN: 1289541;
e. Seagate GoPlex Desk Adapter external hard drive, SN: NA1QBP3N;
f. WD My Book external hard drive, SN: WX31D65A2E52, and power cord;
g. WD My Book external hard drive, SN: WCC4E4CAD8N8, and power cord;
h. WD external hard drive, SN: WCASU0064809, and power cord;
i. Seagate external hard drive, SN: NA5JW5HK;
j. Approximately 120 CD's/DVD's in cases or loose;
k. DSO Nano;
l. Sony laptop, SN: SVT15115CXS, and power cord;
m. HP zBook15 laptop, SN: MXL440132L[1];
n. Six (6) CD's/DVD's;
o. Approximately 66 CD's/DVD's;
p. DVD labeled "Prime Bodies & T5";
q. CD labeled "9/28/09 Photoshoot";
r. CD-RW;
s. Tablet, Model AQT80, FCCID T5UAQT80; and
t. HP Pavillion zv5000 laptop, SN: CND4171JFJ.

---

[1] This item belongs to the Defendant's previous employer, Wright Patt Air Force Base (WPAFB). The Federal Bureau of Investigation will return this item to WPAFB once the Final Order of Forfeiture is issued.

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the Subject Property in accordance with law, and further notified all potential claimants of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Subject Property, beginning on August 2, 2018, continuing for at least thirty (30) consecutive days, on the [www.forfeiture.gov](http://www.forfeiture.gov) website (Doc. 19); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture as there were no persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Subject Property in the ancillary proceeding; and

WHEREAS, no timely petition has been filed to the Subject Property; and

WHEREAS, the Defendant was sentenced and a Judgment was issued on August 2, 2018, ordering the forfeiture of the Subject Property (Doc. 16); and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. §§ 2253(a)(1) and (3);

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on August 1, 2018 (Doc. 14), ordering the forfeiture, pursuant to 18 U.S.C. §§ 2253(a)(1) and (3), of the Subject Property is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the Subject Property; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian is hereby authorized to dispose of the Subject Property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 10/24/2018 　　　　　　　　　　　　　　　*s/Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS M. ROSE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE